**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DORON GAHTAN,<br><br>    Plaintiff,<br><br>  -against-<br><br>BAKKT HOLDINGS, INC. f/k/a VPC IMPACT ACQUISITION HOLDINGS, JOHN MARTIN, OLIBIA STAMATOGLOU, GORDON WATSON, KAI SCHMITZ, and KURT SUMMERS,<br><br>    Defendants. | Case No. 1:23-CV-04678-EK-PK |

## STIPULATION OF VOLUNTARY DISMISSAL

Plaintiff Doron Gahtan ("Plaintiff") and Defendants Bakkt Holdings, Inc., John Martin, Olibia Stamatoglou, Gordon Watson, Kai Schmitz, and Kurt Summers ("Defendants," and with Plaintiff, the "Parties"), by and through their respective counsel, hereby stipulate as follows:

WHEREAS, on February 26, 2024, Plaintiff elected to withdraw his notice of exclusion from the class action settlement in *Poirier v. Bakkt Holdings, Inc. et al.*, Case No. 1:23-cv-04678-EK-PK (the "Class Action");

WHEREAS, Plaintiff has elected to submit a claim form for the Class Action settlement;

WHEREAS, Defendants do not object to the withdrawal of Plaintiff's exclusion from the Class Action settlement or to Plaintiff's submission of his claim form in the Class Action Settlement;

NOW, THEREFORE, Plaintiff and Defendants hereby stipulate, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), to the dismissal of all claims in the above-captioned action

against all Defendants.  Each of the Parties shall be responsible for their own fees and costs incurred in this action.

 IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.


**THE ROSEN LAW FIRM, P.A.**

By: */s/ Phillip Kim*
Laurence Rosen, Esq.
Phillip Kim, Esq.
275 Madison Avenue, 40th Floor
New York, New York 10016
Telephone: (212) 686-1060
Facsimile: (212) 202-3827
lrosen@rosenlegal.com
pkim@rosenlegal.com


*Counsel for Plaintiff Doron Gahtan*


**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

By: */s/ Jesse Bernstein*
Jesse Bernstein
Jacob J. Waldman
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100
jessebernstein@quinnemanuel.com
jacobwaldman@quinnemanuel.com


*Counsel for Defendant Bakkt Holdings, Inc. f/k/a VPC Acquisition Holdings*


**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES**

By: */s/ Julie E. Cohen*
Susan L. Saltzstein
Julie E. Cohen
One Manhattan West
New York, New York 10001
Telephone: (212) 735-3000
Facsimile: (212) 735-2000
susan.saltzstein@skadden.com
julie.cohen@skadden.com


*Counsel for Defendants John Martin, Olibia Stamatoglou, Gordon Watson, Kai Schmitz, and Kurt Summers*